FILED ✓   LODGED ___
RECEIVED ___   COPY ___

FEB 13 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

John C. Marcolini (019530) - jcm@imlawpc.com
Daniel P. Velocci (025801) - dpv@imlawpc.com
**IANNITELLI MARCOLINI, P.C.**
5353 North 16th Street, Suite 315
Phoenix, Arizona 85016
(602) 952-6000
*Attorney for Petitioner, Senderra Rx Partners, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Senderra Rx Partners, LLC d/b/a Senderra Specialty Pharmacy,<br><br>Petitioner,<br><br>v.<br><br>CVS Health Corporation f/k/a CVS Caremark Corp.; Caremark LLC; Caremark PCS, LLC; SilverScript Insurance Company,<br><br>Respondents. | No. 2:19-cv-05816-SPL<br><br>**CERTIFICATE OF SERVICE**<br><br>(Assigned to the Honorable Steven P. Logan)<br><br>**SEALED** |

I hereby certify that true and correct copies of Memorandum of Points and Authorities in Support of Motion to Unseal were served by mail and e-mail, in accordance with Federal Rule of Civil Procedure 5(b), on counsel of record for CVS Heath Corp, Caremark LLC, Caremark PCS, LLC, and SilverScript Insurance Company listed on the Service List below.

RESPECTFULLY submitted this <u>13th</u> day of February, 2020.

**IANNITELLI MARCOLINI, P.C.**

By _____
John C. Marcolini
Daniel P. Velocci
*Attorneys for Petitioner*

1

No. 2:19-cv-05816-SPL

4840-9999-9924, v. 1

## SERVICE LIST

Senderra Rx Partners, LLC d/ba/ Senderra Speciality Pharmacy v. Express Scripts, Inc.

Elizabeth Z. Meraz, Esq.
Kevin P. Shea, Esq.
Nixon Peabody, LLP
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
ezmeraz@nixonpeabody.com
kpshea@nixonpeabody.com
*Attorneys for Respondents CVS Health Corp, Caremark, LLC, Caremark PCS, LLC and Silverscript Insurance Company*

4840-9999-9924, v. 1